**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**RAMONA DEL VALLE BURGOS**                      Case No.   19-04647-ESL

                                    Chapter 13         Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

Date & Time:   9/25/2019   8:00:00AM

[X] R      [ ] NR    LV:

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

**First Bank by Ms. Ivelisse Romero**

**II. Oath Administered**
   [X] Yes          [ ] No

**III. Plan**

Date:   08/16/2019         Base:      $31,200.00    Payments 1 made out of  1 due.

Confirmation Hearing Date:       11/6/2019   9:00:00AM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

   $0.00   -  $0.00      = $0.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

RAMONA DEL VALLE BURGOS | Case No. 19-04647-ESL

Chapter 13 | Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |   [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income |   [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**RAMONA DEL VALLE BURGOS**      Case No.   **19-04647-ESL**

                                 Chapter 13      Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):**

Provide documentation in support of value of debtor's real property in the amount of $15,000.00.

**§522 EXEMPTIONS:**

a. Exemption claimed pursuant 522 d5 over debtor inheritance real property exceeded by $1,700.00. Trustee will file an objection.

b. 2012 Nissan Sentra in under debtor's name, belongs to her daughter; however, an exemption pursuant 522(d)(2) was claimed.

**FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

Per SCMI line 4 debtor receives $333.33 from operation of business. This income is not listed in Schedule I since was a commision received during the six months prior filing. Debtor will not received more income from Eagle Real Estate, only a commission which is pending to be received between october or November.

Business has not been disclosed in SOFA.

.

**OTHER:**

NOTE: Maturity date for vehicle loan with FBPR is on 1-2022 vs plan and insurance 2-2022.

a. Per Line 13.of Schedule J  On 08/09/2019 the Debtor commenced working for KW Grand Homes as a Broker Agent on a commission basis. The Debtor expects to receive her first sales commission on or before March 2020.

NOTE : Insurance for vehicle in not needed since vehicle loan paid of is on 4-2021.

b. FBPR" motion to quash Debtor's intent to pay value of collateral for lack of compliance with due process, is pending  adjudication.

The following party(ies) object(s) confirmation:

s/Elvis Cortes                                                                                      Date:      09/25/2019

Trustee/Presiding Officer                                                                                  (Rev. 05/13)