IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMONA DEL VALLE BURGOS

DEBTOR(S)

CASE NO. 19-04647-ESL

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 Years

2. The liquidation value of the estate is $: To be determined

3. The general unsecured pool is $: 0.00

AMENDED PLAN DATE: October 15, 2019      PLAN BASE: $31,200.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/17/2019

[ ] FAVORABLE         [X] UNFAVORABLE

1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

Per SCMI line 4 debtor receives $333.33 from operation of business. This income is not listed in Schedule I since was a commision received during the six months prior filing. Debtor will not received more income from Eagle Real Estate, only a commission which is pending to be received between October or November.

2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

Provide documentation in support of value of debtor's real property in the amount of $15,000.00.

[X] OTHER:

1. Provide documentation in support of value of debtor's real property in the amount of $15,000.00. 2. a. Per Line 13.of Schedule J On 08/09/2019 the Debtor commenced working for KW Grand Homes as a Broker Agent on a commission basis. The Debtor expects to receive her first sales commission on or before March 2020.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN