## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER:** | **CASE NO.**: 19-04647 (**ESL**) |
| RAMONA DEL VALLE BURGOS | |
| Debtor(s) | **CHAPTER 13** |
| | |
| FIRSTBANK PUERTO RICO | (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |
| Movant | |

### MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1.  This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2.  Debtor filed a bankruptcy case under chapter 13 back on August 16, 2019. See, Bkcy Dck no 1.

3.  MOVANT, standing to address this court is ascertained as filed a secured proof of claim to a personal security loan for $16,338.61 under account no 9950.  See, Clm Reg. 2.

4.  As of to March 15, 2021 debtor(s) already had the following installments owed to the chapter 13 Trustee: $1,200.00, for TWO (2) months in arrears. See, Attachment A.

5.  Under the terms of the confirmed plan dated November 4, 2019 debtor(s) should have started to make continues payments since September 16, 2019, and as evidenced herein, the debtor(s) have failed to do so. See, Bkcy Dck no 30 and 33.

6.  Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment B.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ~~Unreasonable delay by debtor that is prejudicial to Creditors, (5) denial of confirmation of a plan under 1325 of this title and denial of a request made~~

Case no. 19-04647 [ESL]
FIRSTBANK Puerto Rico
Page 2 of 2

2

*~~for additional time for filing another plan or a modification of a plan,~~* 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and (6) on *Material default by the debtor with respect to a term of a confirmed plan,* and ~~Title 11 USC §1324 (b)~~ *~~on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~*.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on March 19, 2021

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUEROA CARRASQUILLO, and to debtor(s) by regular mail at the address on record, RAMONA DEL VALLE BURGOS, at PO BOX 375412, CAYEY, PUERTO RICO 00737.

BY:     /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 / [Rev.3/2021]

# FIRSTBANK

## *Analysis Sheet to Determine Arrears to Trustee*

| | |
|---|---|
| In Re | : Ramona del Valle Burgos |
| Case Number | : 19-04647   ESL / AOR |
| Account Number | : 9950 (AUTO) |
| Date of File | : 08/16/19 |
| Amount of Proof of Claim | : 16,338.61 |
| Plan | : 250 x 6 (1,500) 550 x 54 (29,700) |
| | |
| Monthly Payment of | : 550 |
| Pass term | : 19 |
| Total paid into plan | : 7,550.00 |
| Should have paid in | : 8,650.00 |
| Amount in Arrears | : 1,100.00 (2 arrears) |
| Printed on | : 03/15/2021 |
| Prepared by | : Marisol Matos |

Attachment A

**PRINT INQUIRY**   <u>Close Window</u>   <u>Click Here to Print this Page</u>

| 19-04647-ESL | RAMONA DEL VALLE BURGOS | $550.00 MO | Bar Date(s): | 10/25/2019 (has passed) 2/12/2020 (has passed) |
|---|---|---|---|---|
| | | | Confirmed: | 11/7/2019 |
| | Trustee: ALEJANDRO OLIVERAS RIVERA | Attorney: ROBERTO FIGUEROA CARRASQUILLO* | Case Status: | ACTIVE-1ST AUDIT |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 9/15/2019 | 6.00 | $250.00 | MONTHLY | RAMONA DEL VALLE BURGOS | 8/23/2019 | |
| 3/15/2020 | 54.00 | $550.00 | MONTHLY | RAMONA DEL VALLE BURGOS | 8/23/2019 | |
| 9/15/2024 | end of plan | $0.00 | MONTHLY | RAMONA DEL VALLE BURGOS | 8/23/2019 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| | | |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/15/2019 | 10/14/2019 | $250.00 | $250.00 |
| 2 | 10/15/2019 | 11/14/2019 | $250.00 | $500.00 |
| 3 | 11/15/2019 | 12/14/2019 | $250.00 | $750.00 |
| 4 | 12/15/2019 | 1/14/2020 | $250.00 | $1,000.00 |
| 5 | 1/15/2020 | 2/14/2020 | $250.00 | $1,250.00 |
| 6 | 2/15/2020 | 3/14/2020 | $250.00 | $1,500.00 |
| Total | | | | $1,500.00 |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/15/2020 | 4/14/2020 | $550.00 | $550.00 |
| 2 | 4/15/2020 | 5/14/2020 | $550.00 | $1,100.00 |
| 3 | 5/15/2020 | 6/14/2020 | $550.00 | $1,650.00 |
| 4 | 6/15/2020 | 7/14/2020 | $550.00 | $2,200.00 |
| 5 | 7/15/2020 | 8/14/2020 | $550.00 | $2,750.00 |
| 6 | 8/15/2020 | 9/14/2020 | $550.00 | $3,300.00 |
| 7 | 9/15/2020 | 10/14/2020 | $550.00 | $3,850.00 |
| 8 | 10/15/2020 | 11/14/2020 | $550.00 | $4,400.00 |
| 9 | 11/15/2020 | 12/14/2020 | $550.00 | $4,950.00 |
| 10 | 12/15/2020 | 1/14/2021 | $550.00 | $5,500.00 |
| 11 | 1/15/2021 | 2/14/2021 | $550.00 | $6,050.00 |
| 12 | 2/15/2021 | 3/14/2021 | $550.00 | $6,600.00 |
| 13 | 3/15/2021 | 4/14/2021 | $550.00 | $7,150.00 |
| 14 | 4/15/2021 | 5/14/2021 | $550.00 | $7,700.00 |
| 15 | 5/15/2021 | 6/14/2021 | $550.00 | $8,250.00 |
| 16 | 6/15/2021 | 7/14/2021 | $550.00 | $8,800.00 |
| 17 | 7/15/2021 | 8/14/2021 | $550.00 | $9,350.00 |
| 18 | 8/15/2021 | 9/14/2021 | $550.00 | $9,900.00 |
| 19 | 9/15/2021 | 10/14/2021 | $550.00 | $10,450.00 |
| 20 | 10/15/2021 | 11/14/2021 | $550.00 | $11,000.00 |
| 21 | 11/15/2021 | 12/14/2021 | $550.00 | $11,550.00 |
| 22 | 12/15/2021 | 1/14/2022 | $550.00 | $12,100.00 |
| 23 | 1/15/2022 | 2/14/2022 | $550.00 | $12,650.00 |
| 24 | 2/15/2022 | 3/14/2022 | $550.00 | $13,200.00 |
| 25 | 3/15/2022 | 4/14/2022 | $550.00 | $13,750.00 |
| 26 | 4/15/2022 | 5/14/2022 | $550.00 | $14,300.00 |
| 27 | 5/15/2022 | 6/14/2022 | $550.00 | $14,850.00 |
| 28 | 6/15/2022 | 7/14/2022 | $550.00 | $15,400.00 |

| 29 | 7/15/2022 | 8/14/2022 | | $550.00 | $15,950.00 |
|---|---|---|---|---|---|
| 30 | 8/15/2022 | 9/14/2022 | | $550.00 | $16,500.00 |
| 31 | 9/15/2022 | 10/14/2022 | | $550.00 | $17,050.00 |
| 32 | 10/15/2022 | 11/14/2022 | | $550.00 | $17,600.00 |
| 33 | 11/15/2022 | 12/14/2022 | | $550.00 | $18,150.00 |
| 34 | 12/15/2022 | 1/14/2023 | | $550.00 | $18,700.00 |
| 35 | 1/15/2023 | 2/14/2023 | | $550.00 | $19,250.00 |
| 36 | 2/15/2023 | 3/14/2023 | | $550.00 | $19,800.00 |
| Total | | | | | **$19,800.00** |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/15/2024 | 10/14/2024 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2019 | $250.00 | $250.00 | | $0.00 |
| 2 | 10/2019 | $250.00 | $250.00 | | $0.00 |
| 3 | 11/2019 | $250.00 | $250.00 | | $0.00 |
| 4 | 12/2019 | $250.00 | $250.00 | | $0.00 |
| 5 | 1/2020 | $250.00 | $250.00 | | $0.00 |
| 6 | 2/2020 | $250.00 | $250.00 | | $0.00 |
| 7 | 3/2020 | $550.00 | $250.00 | | $300.00 |
| 8 | 4/2020 | $550.00 | | | $850.00 |
| 9 | 5/2020 | $550.00 | $1,400.00 | | $0.00 |
| 10 | 6/2020 | $550.00 | $550.00 | | $0.00 |
| 11 | 7/2020 | $550.00 | $550.00 | | $0.00 |
| 12 | 8/2020 | $550.00 | $550.00 | | $0.00 |
| 13 | 9/2020 | $550.00 | $550.00 | | $0.00 |
| 14 | 10/2020 | $550.00 | $550.00 | | $0.00 |
| 15 | 11/2020 | $550.00 | $550.00 | | $0.00 |
| 16 | 12/2020 | $550.00 | $550.00 | | $0.00 |
| 17 | 1/2021 | $550.00 | | | $550.00 |
| 18 | 2/2021 | $550.00 | | | $1,100.00 |
| 19 | 3/2021 | $550.00 | $550.00 | | $1,100.00 |

**Total Delinquent Amount: $1,100.00**





Department of Defense Manpower Data Center

Results as of : Mar-18-2021 02:52:02 PM

SCRA 5.7



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:              XXX-XX-0366
Birth Date:       Jan-XX-1962
Last Name:        DEL VALLE BURGOS
First Name:       RAMONA
Middle Name:
Status As Of:     Mar-18-2021
Certificate ID:   XJHXC85ZGZZ2XRP

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

Attachment B

Label Matrix for local noticing
0104-3
Case 19-04647-ESL13
District of Puerto Rico
Old San Juan
Mon Mar 15 13:58:45 AST 2021

FIRSTBANK PR
PO BOX 9146
SAN JUAN, PR 00908-0146

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

ORIENTAL BANK CCU
CCU BANKRUPTCY DEPARTMENT
PO BOX 364745
SAN JUAN, PR 00936-4745

ORIENTAL BANK-AUTOS
DE DIEGO LAW OFFICES, PSC
PO BOX 79552
CAROLINA
CAROLINA, PR 00984-9552

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Autoridad de Energia Electrica
PO Box 363508
San Juan, PR  00936-3508

Citi
PO Box 6190
Sioux Falls, SD  57117-6190

Citi
PO Box 6217
Sioux Falls, SD  57117-6217

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Coop A/C La Cidrena
PO Box 1490
Cidra, PR 00739-1490

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY  DIVISION (CODE 248)
PO BOX 9146,SAN JUAN,PR 00908-0146

Firstbank Puerto Rico
PO Box 11856
San Juan, PR  00910-3856

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

ORIENTAL BANK
BANKRUPTCY DEPT
PO BOX 364745
SAN JUAN, PR 00936-4745

Oriental Bank-Autos
PO Box 79552
Carolina, PR 00984-9552

PREPA - BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

REINALDO L. MALDONADO VELEZ
COSVI OFFICE COMPLEX
ESQ. AVE. AMERICO MIRANDA 400
EDIFICIO ORIGINAL LOCAL B
RIO PIEDRAS, PR 00927

Sears/Cbna
PO Box 6217
Sioux Falls, SD  57117-6217

Syncb/ccppby
C/o
PO Box 965036
Orlando, FL  32896-5036

Syncb/jcp
PO Box 965007
Orlando, FL  32896-5007

Syncb/oldnav
PO Box 965005
Orlando, FL  32896-5005

Syncb/walmar
PO Box 965024
Orlando, FL  32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

RAMONA DEL VALLE BURGOS
PO BOX 375412
CAYEY, PR 00737-5412

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC          Internal Revenue Service          (d)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999                            PO Box 21126                      PO Box 7999
St Cloud, MN 56302-9617                Philadelphia, PA  19114-0326      St Cloud MN 56302


Portfolio Recovery Associates, LLC     End of Label Matrix
POB 12914                              Mailable recipients    29
Norfolk VA 23541                       Bypassed recipients     0
                                       Total                  29