# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER:**<br><br>RAMONA DEL VALLE BURGOS<br>Debtor(s)<br><br>FIRSTBANK PUERTO RICO<br>Movant | **CASE NO.:** 19-04647 (ESL)<br><br>**CHAPTER 13**<br><br>(X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on August 16, 2019. And the case was confirmed on November 7, 2019. See, Dck 1 and 33.

3. MOVANT, standing to address this court is ascertained as filed an unsecure claim to a credit card for $2,045.13. See, Clm. 1.

4. As of to April 15, 2022, debtor(s) already had the following installments owed to the chapter 13 Trustee: $1,100.00, for two (2) months in arrears. See, Attachment A.

5. Under the terms of the confirmed plan dated November 4, 2019, debtor(s) should have started to make continues payments since September 16, 2019, and as evidenced herein, the debtor(s) appears to have failed, to do so. See, Dck 30.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment B.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ~~*Unreasonable delay by debtor that is prejudicial to Creditors, (5) denial of confirmation of a plan under 1325 of this title and denial of a request made*~~

*~~for additional time for filing another plan or a modification of a plan,~~* 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and (6) on *Material default by the debtor with respect to a term of a confirmed plan,* and ~~Title 11 USC §1324 (b)~~ *~~on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~*.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on April 17, 2023

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUEROA CARRASQUILLO, and to debtor(s) by regular mail at the address on record, RAMONA DEL VALLE BURGOS, at PO BOX 375412, CAYEY, PUERTO RICO 00737.

         BY:    /s/ María M. Benabe Rivera
         María M. Benabe Rivera
         Attorney for Movant - US - DC 208906
         Maricarmen Colón Díaz – US – DC 211410
         FIRSTBANK Puerto Rico
         Centro de Servicios al Consumidor – Código 248
         1130 Muñoz Rivera Ave., Rio Piedras, P R
         PO Box 9146, San Juan, PR 00908-0146
         maria.benabe@firstbankpr.com
         (787)729-8135 / (787)729-8276 / [Rev. 4/2023]

| PRINT INQUIRY | | Close Window | | | Click Here to Print this Page | |
|---|---|---|---|---|---|---|
| 19-04647-ESL | RAMONA DEL VALLE BURGOS | | | $550.00 MO | Bar Date(s): | 10/25/2019 (has passed) 2/12/2020 (has passed) |
| | | | | | Confirmed: | 11/7/2019 |
| | Trustee: ALEJANDRO OLIVERAS RIVERA | | Attorney: ROBERTO FIGUEROA CARRASQUILLO* | | Case Status: | ACTIVE-1ST AUDIT |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 9/15/2019 | 6.00 | $250.00 | MONTHLY | RAMONA DEL VALLE BURGOS | 8/23/2019 | |
| 3/15/2020 | 54.00 | $550.00 | MONTHLY | RAMONA DEL VALLE BURGOS | 8/23/2019 | |
| 9/15/2024 | end of plan | $0.00 | MONTHLY | RAMONA DEL VALLE BURGOS | 8/23/2019 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/15/2019 | 10/14/2019 | $250.00 | $250.00 |
| 2 | 10/15/2019 | 11/14/2019 | $250.00 | $500.00 |
| 3 | 11/15/2019 | 12/14/2019 | $250.00 | $750.00 |
| 4 | 12/15/2019 | 1/14/2020 | $250.00 | $1,000.00 |
| 5 | 1/15/2020 | 2/14/2020 | $250.00 | $1,250.00 |
| 6 | 2/15/2020 | 3/14/2020 | $250.00 | $1,500.00 |
| Total | | | | $1,500.00 |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/15/2020 | 4/14/2020 | $550.00 | $550.00 |
| 2 | 4/15/2020 | 5/14/2020 | $550.00 | $1,100.00 |
| 3 | 5/15/2020 | 6/14/2020 | $550.00 | $1,650.00 |
| 4 | 6/15/2020 | 7/14/2020 | $550.00 | $2,200.00 |
| 5 | 7/15/2020 | 8/14/2020 | $550.00 | $2,750.00 |
| 6 | 8/15/2020 | 9/14/2020 | $550.00 | $3,300.00 |
| 7 | 9/15/2020 | 10/14/2020 | $550.00 | $3,850.00 |
| 8 | 10/15/2020 | 11/14/2020 | $550.00 | $4,400.00 |
| 9 | 11/15/2020 | 12/14/2020 | $550.00 | $4,950.00 |
| 10 | 12/15/2020 | 1/14/2021 | $550.00 | $5,500.00 |
| 11 | 1/15/2021 | 2/14/2021 | $550.00 | $6,050.00 |
| 12 | 2/15/2021 | 3/14/2021 | $550.00 | $6,600.00 |
| 13 | 3/15/2021 | 4/14/2021 | $550.00 | $7,150.00 |
| 14 | 4/15/2021 | 5/14/2021 | $550.00 | $7,700.00 |
| 15 | 5/15/2021 | 6/14/2021 | $550.00 | $8,250.00 |
| 16 | 6/15/2021 | 7/14/2021 | $550.00 | $8,800.00 |
| 17 | 7/15/2021 | 8/14/2021 | $550.00 | $9,350.00 |
| 18 | 8/15/2021 | 9/14/2021 | $550.00 | $9,900.00 |
| 19 | 9/15/2021 | 10/14/2021 | $550.00 | $10,450.00 |
| 20 | 10/15/2021 | 11/14/2021 | $550.00 | $11,000.00 |
| 21 | 11/15/2021 | 12/14/2021 | $550.00 | $11,550.00 |
| 22 | 12/15/2021 | 1/14/2022 | $550.00 | $12,100.00 |
| 23 | 1/15/2022 | 2/14/2022 | $550.00 | $12,650.00 |
| 24 | 2/15/2022 | 3/14/2022 | $550.00 | $13,200.00 |
| 25 | 3/15/2022 | 4/14/2022 | $550.00 | $13,750.00 |
| 26 | 4/15/2022 | 5/14/2022 | $550.00 | $14,300.00 |
| 27 | 5/15/2022 | 6/14/2022 | $550.00 | $14,850.00 |
| 28 | 6/15/2022 | 7/14/2022 | $550.00 | $15,400.00 |
| 29 | 7/15/2022 | 8/14/2022 | $550.00 | $15,950.00 |
| 30 | 8/15/2022 | 9/14/2022 | $550.00 | $16,500.00 |
| 31 | 9/15/2022 | 10/14/2022 | $550.00 | $17,050.00 |
| 32 | 10/15/2022 | 11/14/2022 | $550.00 | $17,600.00 |
| 33 | 11/15/2022 | 12/14/2022 | $550.00 | $18,150.00 |

*Attachment A*

| Period | Start Date | End Date | | Payment Amount | Total |
|---|---|---|---|---|---|
| 34 | 12/15/2022 | 1/14/2023 | | $550.00 | $18,700.00 |
| 35 | 1/15/2023 | 2/14/2023 | | $550.00 | $19,250.00 |
| 36 | 2/15/2023 | 3/14/2023 | | $550.00 | $19,800.00 |
| 37 | 3/15/2023 | 4/14/2023 | | $550.00 | $20,350.00 |
| 38 | 4/15/2023 | 5/14/2023 | | $550.00 | $20,900.00 |
| 39 | 5/15/2023 | 6/14/2023 | | $550.00 | $21,450.00 |
| 40 | 6/15/2023 | 7/14/2023 | | $550.00 | $22,000.00 |
| 41 | 7/15/2023 | 8/14/2023 | | $550.00 | $22,550.00 |
| 42 | 8/15/2023 | 9/14/2023 | | $550.00 | $23,100.00 |
| 43 | 9/15/2023 | 10/14/2023 | | $550.00 | $23,650.00 |
| 44 | 10/15/2023 | 11/14/2023 | | $550.00 | $24,200.00 |
| 45 | 11/15/2023 | 12/14/2023 | | $550.00 | $24,750.00 |
| 46 | 12/15/2023 | 1/14/2024 | | $550.00 | $25,300.00 |
| 47 | 1/15/2024 | 2/14/2024 | | $550.00 | $25,850.00 |
| 48 | 2/15/2024 | 3/14/2024 | | $550.00 | $26,400.00 |
| 49 | 3/15/2024 | 4/14/2024 | | $550.00 | $26,950.00 |
| 50 | 4/15/2024 | 5/14/2024 | | $550.00 | $27,500.00 |
| 51 | 5/15/2024 | 6/14/2024 | | $550.00 | $28,050.00 |
| 52 | 6/15/2024 | 7/14/2024 | | $550.00 | $28,600.00 |
| 53 | 7/15/2024 | 8/14/2024 | | $550.00 | $29,150.00 |
| 54 | 8/15/2024 | 9/14/2024 | | $550.00 | $29,700.00 |
| Total | | | | | **$29,700.00** |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/15/2024 | 10/14/2024 | $0.00 | $0.00 |
| 2 | 10/15/2024 | 11/14/2024 | $0.00 | $0.00 |
| 3 | 11/15/2024 | 12/14/2024 | $0.00 | $0.00 |
| 4 | 12/15/2024 | 1/14/2025 | $0.00 | $0.00 |
| 5 | 1/15/2025 | 2/14/2025 | $0.00 | $0.00 |
| 6 | 2/15/2025 | 3/14/2025 | $0.00 | $0.00 |
| 7 | 3/15/2025 | 4/14/2025 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2019 | $250.00 | $250.00 | | $0.00 |
| 2 | 10/2019 | $250.00 | $250.00 | | $0.00 |
| 3 | 11/2019 | $250.00 | $250.00 | | $0.00 |
| 4 | 12/2019 | $250.00 | $250.00 | | $0.00 |
| 5 | 1/2020 | $250.00 | $250.00 | | $0.00 |
| 6 | 2/2020 | $250.00 | $250.00 | | $0.00 |
| 7 | 3/2020 | $550.00 | $250.00 | | $300.00 |
| 8 | 4/2020 | $550.00 | | | $850.00 |
| 9 | 5/2020 | $550.00 | $1,400.00 | | $0.00 |
| 10 | 6/2020 | $550.00 | $550.00 | | $0.00 |
| 11 | 7/2020 | $550.00 | $550.00 | | $0.00 |
| 12 | 8/2020 | $550.00 | $550.00 | | $0.00 |
| 13 | 9/2020 | $550.00 | $550.00 | | $0.00 |
| 14 | 10/2020 | $550.00 | $550.00 | | $0.00 |
| 15 | 11/2020 | $550.00 | $550.00 | | $0.00 |
| 16 | 12/2020 | $550.00 | $550.00 | | $0.00 |
| 17 | 1/2021 | $550.00 | | | $550.00 |
| 18 | 2/2021 | $550.00 | | | $1,100.00 |
| 19 | 3/2021 | $550.00 | $1,650.00 | | $0.00 |
| 20 | 4/2021 | $550.00 | $550.00 | | $0.00 |
| 21 | 5/2021 | $550.00 | $550.00 | | $0.00 |
| 22 | 6/2021 | $550.00 | $550.00 | | $0.00 |
| 23 | 7/2021 | $550.00 | $550.00 | | $0.00 |
| 24 | 8/2021 | $550.00 | $550.00 | | $0.00 |
| 25 | 9/2021 | $550.00 | $550.00 | | $0.00 |
| 26 | 10/2021 | $550.00 | | | $550.00 |
| 27 | 11/2021 | $550.00 | $1,100.00 | | $0.00 |
| 28 | 12/2021 | $550.00 | $550.00 | | $0.00 |
| 29 | 1/2022 | $550.00 | $550.00 | | $0.00 |
| 30 | 2/2022 | $550.00 | | | $550.00 |
| 31 | 3/2022 | $550.00 | $550.00 | | $550.00 |
| 32 | 4/2022 | $550.00 | $550.00 | | $550.00 |

| | | | | | |
|---|---|---|---|---|---|
| 33 | 5/2022 | $550.00 | $550.00 | | $550.00 |
| 34 | 6/2022 | $550.00 | $550.00 | | $550.00 |
| 35 | 7/2022 | $550.00 | $1,100.00 | | $0.00 |
| 36 | 8/2022 | $550.00 | $550.00 | | $0.00 |
| 37 | 9/2022 | $550.00 | | | $550.00 |
| 38 | 10/2022 | $550.00 | $550.00 | | $550.00 |
| 39 | 11/2022 | $550.00 | $550.00 | | $550.00 |
| 40 | 12/2022 | $550.00 | $550.00 | | $550.00 |
| 41 | 1/2023 | $550.00 | $550.00 | | $550.00 |
| 42 | 2/2023 | $550.00 | $550.00 | | $550.00 |
| 43 | 3/2023 | $550.00 | | | $1,100.00 |
| 44 | 4/2023 | $550.00 | $550.00 | | $1,100.00 |

**Total Delinquent Amount: $1,100.00**

Department of Defense Manpower Data Center



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-0366 |
| Birth Date: | Jan-XX-1962 |
| Last Name: | DEL VALLE BURGOS |
| First Name: | RAMONA |
| Middle Name: | |
| Status As Of: | Feb-11-2023 |
| Certificate ID: | 1V4KF5236BQJMDM |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

*Attachment B*