IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-04647/ESL |
| RAMONA DEL VALLE BURGOS | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S REPLY TO *TRUSTEE'S MOTION FOR COPY OF TAX RETURN*, DOCKET NO. 52**

**TO THE HONORABLE COURT:**

**NOW COMES, RAMONA DEL VALLE BURGOS,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion for Copy of Tax Return*, Docket No. 52, requesting the Court to Order the Debtor to provide a copy of the Debtors' 2019, 2020, 2021, 2022 and 2023, tax returns.

2. The Debtor hereby respectfully informs this Honorable Court that on May 6, 2024, the Debtor sent to the Trustee (uploaded to the Trustee's system) a copy of the Debtor's 2019, 2020, 2021, 2022 and 2023 tax returns.

3. Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in reply to the *Trustee's Motion for Copy of Tax Return*, Docket No. 52, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in reply to the *Trustee's Motion for Copy of Tax Return*, Docket No. 52, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of the same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this

motion was sent via US Mail to Debtor, Ramona Del Valle Burgos, to the address of record: Reparto Montellano D20 C Street Cayey, PR 00736.

   **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 6th day of May, 2024.

/s/*Roberto Figueroa Carrasquillo*
USDC 203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTORS
PO BOX 186 CAGUAS PR 00726-0186
TEL 787-744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com